

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Pacer Energy, Ltd.,

\* From the 118th District Court
  of Martin County,
  Trial Court No. 7518.

Vs. No. 11-21-00169-CV

\* September 14, 2023

Endeavor Energy Resources, LP;
Pony Oil, LLC; Viper Energy
Partners, LLC; MKSea, LLC;
Royalty Asset Holdings, LP;
and Pony Oil Operating, LLC,

\* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Pacer Energy, Ltd.